```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 05758
   KAREN L JACKSON
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-1564


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/30/2007 and was not confirmed.

     The case was dismissed without confirmation 07/19/2007.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
CITIZENS FINANCE CO         SECURED            1150.00          .00           .00
CITIZENS FINANCE CO         UNSECURED           842.00          .00           .00
MIDFIRST BANK STATE SAVI    CURRENT MORTG         .00           .00           .00
MIDFIRST BANK STATE SAVI    MORTGAGE ARRE     36685.51          .00           .00
AARONS SALES & LEASE        UNSECURED         NOT FILED         .00           .00
DIVERSIFIED EMERGENCY SE    UNSECURED         NOT FILED         .00           .00
NATIONWIDE COMMERCIAL LP    UNSECURED          1549.40          .00           .00
PEOPLES GAS LIGHT & COKE    UNSECURED           291.09          .00           .00
ST ELIZABETH HOSPITAL       UNSECURED         NOT FILED         .00           .00
CITIZENS FINANCE CO         SECURED NOT I      1150.00          .00           .00
LEGAL DEFENDERS PC          DEBTOR ATTY          .00                          .00
TOM VAUGHN                  TRUSTEE                                           .00
DEBTOR REFUND               REFUND                                       2,494.70

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  2,494.70

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                   2,494.70
                        --------------        --------------
TOTALS                   2,494.70               2,494.70



             PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 05758 KAREN L JACKSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/23/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 05758 KAREN L JACKSON